UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
         Nancy L. Smith

| | |
|---|---|
| Case No.: | 23-10207 MBK |
| Chapter: | 13 |
| Hearing Date: | 02/28/2024 |
| Judge: | Kaplan |

**NOTICE OF MOTION TO VACATE DISMISSAL**

Nancy L. Smith, debtor in the captioned bankruptcy case, by and through the undersigned counsel, has filed papers with the court requesting that an order be entered vacating the order dismissing the captioned case.

**YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought, or if you want the court to consider your views, you or your attorney must file with the clerk, at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

| | |
|---|---|
| Hearing Date: | 02/28/2024 |
| Hearing Time: | 9:00 am |
| Hearing Location: | Clarkson S. Fisher Building & U.S. Courthouse<br>402 East State Street<br>Courtroom #8<br>Trenton, NJ 08608 |

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.  You must also mail a copy to

Lee M. Perlman, Esquire
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003

Albert Russo, Chapter 13 Standing Trustee
CN 4853
Trenton, NJ 08650

If you or your attorney do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

LAW OFFICES OF LEE M. PERLMAN
Attorneys for Debtor(s)

01/18/2024                                    By:   /s/  Lee M. Perlman
Date                                               Lee M. Perlman, Esquire