UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
     Nancy L. Smith

| | |
|---|---|
| Case No.: | 23-10207 MBK |
| Chapter: | 13 |
| Hearing Date: | 02/28/2024 |
| Judge: | Kaplan |

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

The within motion requests an order vacating the order dismissing the captioned case.

As the facts and/or law relied upon, as set forth in the accompanying motion, and the basis for

the relief sought, do not present complicated or unique questions, it is hereby submitted that

no brief is necessary in the court's consideration of this matter.

LAW OFFICES OF LEE M. PERLMAN
Attorneys for Debtor(s)

01/18/2024
Date

By:___/s/  Lee M. Perlman_____
     Lee M. Perlman, Esquire