| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| | |
|---|---|
| In re:<br><br>Nancy L. Smith<br><br><br><br>Debtor(s) | Case No.: 23-10207 / MBK<br><br>Chapter 13<br><br>Hearing Date: 2/28/2024 at 9:00 AM<br><br>Judge: Michael B. Kaplan |

**TRUSTEE'S OBJECTION TO MOTION TO VACATE DISMISSAL**

Albert Russo, the Standing Chapter 13 Trustee, hereby objects to the Motion to  for the following reasons:

1. The debtor needs to demonstrate at the hearing that the debtor has sufficient funds to bring the case current.

2. The debtor is in arrears of $27,598 as of 1/24/24.

Dated:  January 24, 2024                                          /s/ Albert Russo
                                                                                Albert Russo, Standing Chapter 13 Trustee
                                                                                By:  David Martin, Staff Attorney